| | |
|---|---|
| Walter F. Eggers, III, WSB No. 6-3150<br>Matthew L. Chudacoff, WSB No. 7-5867<br>HOLLAND & HART LLP<br>2515 Warren Ave., Suite 450<br>Cheyenne, WY 82003-1347<br>Phone: (307) 778-4200<br>weggers@hollandhart.com<br>mlchudacoff@hollandhart.com | Keith S. Burron, WSB No 5-2884<br>The Burron Firm, P.C.<br>1695 Morningstar Road<br>Cheyenne, WY 82009<br>Phone: (307) 631-7372<br>keith@burronlaw.com |
| John F. Shepherd, *admitted pro hac vice*<br>Tina Van Bockern, *admitted pro hac vice*<br>HOLLAND & HART LLP<br>555 Seventeenth Street, Suite 3200<br>Denver, CO 80202<br>Phone: (303) 295-8000<br>jshepherd@hollandhart.com<br>trvanbockern@hollandhart.com<br>*Attorneys for Petitioner Cloud Peak Energy Inc.* | Peter J. Schaumberg, *admitted pro hac vice*<br>James M. Auslander, *admitted pro hac vice*<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I St., N.W., Suite 700<br>Washington, DC 20005<br>Phone: (202) 789-6009<br>pschaumberg@bdlaw.com<br>jauslander@bdlaw.com<br>*Attorneys for Petitioners National Mining Association, and Wyoming Mining Association* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

CLOUD PEAK ENERGY INC.; NATIONAL  )
MINING ASSOCIATION; and WYOMING  )
MINING ASSOCIATION,  )
                                                  )
      Petitioners,  )
                                                  )
v.  )  Case No. 19-CV-120-SWS
                                                  )
UNITED STATES DEPARTMENT OF THE  )
INTERIOR; DAVID BERNHARDT, in his  )
official capacity as Secretary of the U.S.  )
Department of the Interior; OFFICE OF  )
NATURAL RESOURCES REVENUE; and  )
GREGORY GOULD, in his official capacity as  )
Director of the Office of Natural Resources  )
Revenue,  )
                                                  )
      Respondents.  )

## NOTICE OF WITHDRAWAL OF COUNSEL

Matthew L. Chudacoff ("Withdrawing Counsel"), counsel for Cloud Peak Energy Inc. (Cloud Peak) in the above-captioned matter, hereby provides notice of withdrawal from further representation. Withdrawing Counsel states:

1. Withdrawing Counsel is leaving the firm of Holland & Hart LLP.

2. Walter F. Eggers, III, John F. Shepherd, and Tina Van Bockern of Holland & Hart shall continue as counsel of Cloud Peak.

3. This matter remains pending and, because Mr. Eggers, Mr. Shepherd, and Ms. Van Bockern shall continue as counsel for Cloud Peak, the withdrawal of Withdrawing Counsel shall cause no prejudice.

Dated: January 3, 2020.

Respectfully submitted,

/s/ Matthew L. Chudacoff
Walter F. Eggers, III, WSB No. 6-3150
Matthew L. Chudacoff, WSB No. 7-5867
HOLLAND & HART LLP
2515 Warren Ave., Suite 450
Cheyenne, WY 82003-1347
Phone: (307) 778-4200
weggers@hollandhart.com
mlchudacoff@hollandhart.com

John F. Shepherd, *admitted pro hac vice*
Tina Van Bockern, *admitted pro hac vice*
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, Colorado 80201-8749
Phone: (303) 295-8000
jshepherd@hollandhart.com
trvanbockern@hollandhart.com

14019700_v1