Keith S. Burron, WSB No. 5-2884
The Burron Firm, P.C.
1695 Morningstar Road
Cheyenne, WY 82009
Phone:  (307) 631-7372
keith@burronlaw.com

Peter J. Schaumberg, *pro hac vice*
James M. Auslander, *pro hac vice*
BEVERIDGE & DIAMOND, P.C.
1900 N St., N.W., Suite 100
Washington, DC 20036
Phone: (202) 789-6009
pschaumberg@bdlaw.com
jauslander@bdlaw.com
*Attorneys for Petitioner American Petroleum Institute*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN PETROLEUM INSTITUTE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 19-cv-121-SWS

## NOTICE OF APPEAL

Notice is hereby given that the American Petroleum Institute, Petitioner in the above named case, hereby appeals pursuant to Fed. R. App. P. 3(a)(1) to the United States Court of Appeals for the Tenth Circuit from the part of the order and final judgment entered in this action on the 8th day of September, 2021, ECF Nos. 98 and 99, upholding the federal oil valuation provisions and federal gas valuation provisions of the Office of Natural Resources Revenue 2016 Valuation Rule, 81 Fed. Reg. 43,338 (July 1, 2016).

Dated this 3rd day of November, 2021.

        Respectfully submitted,

        */s/ Keith S. Burron*
        Keith S. Burron, WSB No. 5-2884
        The Burron Firm, P.C.
        1695 Morningstar Road
        Cheyenne, WY 82009
        Phone: (307) 631-7372
        keith@burronlaw.com

        Peter J. Schaumberg, *pro hac vice*
        James M. Auslander, *pro hac vice*
        BEVERIDGE & DIAMOND, P.C.
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        Phone: (202) 789-6009
        pschaumberg@bdlaw.com
        jauslander@bdlaw.com

        *Attorneys for Petitioner*
        *American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2021, the foregoing Notice of Appeal was served by filing a copy of the document with the Court's CM/ECF system, which will send notice of electronic filing to counsel of record.

        */s/ Keith S. Burron*
        Keith S. Burron